129 P.3d 937

**Rodney FILLMORE**

v.

**MARICOPA WATER PROCESSING et al.**

No. CV–05–0307–PR.

Supreme Court of Arizona.

March 14, 2006.

FURTHER ORDERED: Request for Attorneys' Fees [Appellees Maricopa Water Processing et al] = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.